UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

TRADES AND LABOR COUNCIL FOR
ANNUAL EMPLOYEES OF THE
TENNESSEE VALLEY AUTHORITY;
INTERNATIONAL BROTHERHOOD OF
ELECTRICAL WORKERS; and
CHARLES A. HIXSON
Plaintiffs

v.  No. 3:09-CV-0626

TENNESSEE VALLEY AUTHORITY
Defendant

## STIPULATION AND ORDER OF DISMISSAL

Pursuant to Rule 41(a)(1)(ii), Fed. R. Civ. P., the parties, as evidenced by the signatures below, have stipulated to the dismissal of this case, with the parties to bear their own costs. It is therefore Ordered that this matter is hereby dismissed with prejudice, and the parties shall bear their own costs.

ENTER:

_____
United States District Judge

1